No. 442. MACKESY ET AL. v. MAINE.
Decided November 21, 1938.

*Per Curiam:* The appeal herein is dismissed for the want of a properly presented substantial federal question. (1) *Harding* v. *Illinois,* 196 U. S. 78, 86, 87; *Capital City Dairy Co.* v. *Ohio,* 183 U. S. 238, 248; (2) *Nash* v. *United States,* 229 U. S. 373, 377; *Whitney* v. *California,* 274 U. S. 357, 368, 369; *Carter* v. *Texas, ante,* p. 557. *Mr. Albert Raymond Rogers* for appellants. *Mr. Frank T. Powers* entered an appearance for appellee.